**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------X
                                                                 :
MALIBU MEDIA, LLC,                                               :
                                                                 :     Civil Action No. 1:14-cv-08903-AJN
                                  Plaintiff,                     :
                                                                 :
                    vs.                                          :
                                                                 :     MOTION FOR LEAVE TO
                                                                 :     SERVE A THIRD PARTY
JOHN DOE subscriber assigned IP address                          :     SUBPOENA PRIOR TO A RULE
66.108.57.127,                                                   :     26(f) CONFERENCE
                                                                 :
                                  Defendant.                     :
-----------------------------------------------------------------X
```

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Law in support of this motion; (2) Declaration of Colette Field in support of this motion; (3) Declaration of Patrick Paige in support of this motion; and (4) Declaration of Tobias Fieser in support of this motion, Malibu Media, LLC ("Plaintiff"), respectfully moves for entry of an order granting it leave to serve a third party subpoena on Time Warner Cable, prior to a Rule 26(f) conference (the "Motion"). A proposed order is attached for the Court's convenience.

                                                   Respectfully submitted,

                         By:    /s/ *Jacqueline M. James*
                                  Jacqueline M. James, Esq. (1845)
                                  The James Law Firm, PLLC
                                  445 Hamilton Avenue
                                  Suite 1102
                                  White Plains, New York 10601
                                  T: 914-358-6423
                                  F: 914-358-6424
                                  E-mail: jjameslaw@optonline.net
                                  *Attorneys for Plaintiff*